# 11th Court of Appeals

## Eastland, Texas

### Judgment

Jimmy Wilsher, Jimmy D. Asbill, Jerry "Gerardo" Garcia, Craig Mayhall, John M. Wegner, Barbara Carolyn Wiggins, Fidencio Garcia Jr., Ronal Piland, and Terry Vines,

\* From the 350th District Court of Taylor County, Trial Court No. 09010D

Vs. No. 11-11-00355-CV

\* December 31, 2013

City of Abilene,

\* Memorandum Opinion by Wright, C.J. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded for further proceedings. The costs incurred by reason of this appeal are taxed against the City of Abilene.